# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK PRESTON,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 16-cv-2612 |
| | : | |
| **EMR SCRAP, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this ___22ND___ day of September, 2017, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Appear for Court Ordered Deposition (ECF No. 26), no opposition having been filed, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED** with prejudice, against Defendants EMR Scrap and Camden Iron & Metal, Inc.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE